IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-01331-JLK**

**KATHERYN BAILEY**,

      Plaintiff,

v.

**CREDIT BUREAU OF ALAMOSA, INC.; and
DOES 1-10, inclusive,**

      Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Motion to Clarify Court Order (doc. #10), filed December 28, 2010, is **GRANTED**.  The Proposed Stipulated Scheduling and Discovery Order is due one week prior to the February 23, 2011 Scheduling Conference, which makes the new due date February 16, 2011.

Dated:  December 28, 2010