IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-01331-JLK-MEH**

**KATHERYN BAILEY**,

        Plaintiff,

v.

**CREDIT BUREAU OF ALAMOSA, INC.; and
DOES 1-10, inclusive,**

        Defendant.

---

## ORDER OF DISMISSAL

Kane, J.

The Motion to Dismiss (doc. #14), filed February 22, 2011, is **GRANTED**.  This case

is **DISMISSED WITHOUT PREJUDICE**, the parties to bear their own costs and attorney

fees.

Dated this 24th day of February, 2011.

BY THE COURT:

*s/John L. Kane*

John L. Kane, Senior Judge
United States District Court